75,439,-02,03,04 6-29-15
monday

To. Texas Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 07 2015

# Abel Acosta, Clerk

From. Garry Lon Brownlee # 1527667

B. Clement Unit
9601 Spur 591

Re. WR-75,439-02     WR-75,439-03     WR-75,439-04
Tr. Ct. No. CCCR07-03016 B     CCCR07-03017 B     CCCR07-03018 B

Dear Courts

On March 6, 2015 A habeas writ hearing was ordered by the court in which Atty, Mr Tommy Adams From Brownwood Tx. was my appointed To Represent me in Sind Action,

On Friday 3-27-15 I received a letter From Mr. Tommy Adams in which he Asked me if I wanted To Appeal the denial For Relief of this habeas hearing (Please see the enclosed letter that I sent To Mr Adams which still in county Notifying him that I wanted To Appeal the habeas court denied on March 6, 2015 that letter is dated 3-30-15 can you please inform me if Sid Appeal was Filed on my be Half

Note: (Enclosed Letter Embtled Exhebit A)

Thank You
Sincerely
α Garry L Brownlee
Garry L Brownlee
# 1527667 Prose

## Exhibit A

Tommy Adams             Sent 3-30-15

"Yes"

Do My Appeal

Why the Judge Ruled against me Tommy on my Hearing on March 6, 2015 What was the Judge Finding of my Hearing. Can you Tell me the Finding.

CCCR07-03016 B wR-75,439-02
#No. CCCR07-03017 B wR-75,439-03
CCCR07-030 18 B wR-75,439-04